**08 CV 00580**

JUDGE SAND

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GRANVIA TRADING, LTD.

Plaintiff,

-v-

SUTTON CREATIONS, INC.
d/b/a SUTTON CREATIONS

Defendant.

Case No.:

Rule 7.1 Statement



---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

GRANVIA TRADING, LTD.   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: JANUARY 18, 2008

Signature of Attorney

Attorney Bar Code: JS/0738

Form Rule7_1.pdf  SDNY Web 10/2007