UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRANVIA TRADING LTD.

                Plaintiff,

-vs-

SUTTON CREATIONS, INC. d/b/a
SUTTON CREATIONS,

                Defendant.

08 CIV. 00580 (LBS) (KNF)

**AFFIDAVIT OF SERVICE**

ECF CASE

STATE OF NEW YORK    }
                               ss.:
COUNTY OF NEW YORK  }

      David Glasser, being duly sworn, deposes and says:

1.    I am not a party to the action, am over 18 years of age and reside in the State of New York. I have not served more than three processes this year.

2.    On January 25, 2008 *at 2:15 p.m.* at 1407 Broadway, 30th Floor, New York, New York, I served the within: Summons and Complaint; Assigned Judge's Rules; Assigned Magistrate's Rules; USDC/SDNY Instructions for Filing and Electronic Case or Appeal; USDC/SDNY Procedures for Electronic Case Filing; USDC/SDNY Guidelines for Electronic Case Filing; Civil Cover Sheet; Rule 7.1 Statement and Consent to Proceed before United States Magistrate Judge on Sutton Creations, Inc. (CORPORATION).

3.    By delivering to and leaving with Sutton Creations, Inc., and that the deponent knew the person so served to be an Agent, David Hirsh, who stated he was authorized to accept on behalf of the corporation. I also served same by regular mail on January 25, 2008.

    A description of the individual served is as follows:

| Sex | Height | Weight | Age | Color of Skin | Color of Hair |
|---|---|---|---|---|---|
| Male | 5'8"-6'0" | 161-180 | 36-50 Yrs. | White | Black Balding |

                                                                                    David Glasser

LAW OFFICE OF
JONATHAN Y. SUE
1233 Broadway
Suite 502
New York, NY 10001
212.987.1003

Sworn to before me this
25th day of January 2008

_____
Notary Public

JONATHAN Y. SUE
Notary Public, State of New York
No. 02SU6024815
Qualified in New York County
Commission Expires May 17, 20_11_