MATALON & SHWEKY P.C.
Joseph Lee Matalon (JM-6117)
Barbara R. Shweky (BRS-7200)
450 Seventh Avenue, Suite 1409
New York, New York 10123
(212) 244-9000
*Attorneys for Defendant*
*Sutton Creations, Inc.*
*d/b/a Sutton Creations*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

GRANVIA TRADING LTD.,

                Plaintiff,                08 CIV. 00580 (LBS)

    -against-                      <u>RULE 7.1 STATEMENT</u>

SUTTON CREATIONS, INC.
d/b/a SUTTON CREATIONS,

                **Defendant.**
------------------------------------------------------------------------X

    Defendant Sutton Creations, Inc., a non-governmental corporate entity, hereby states, pursuant to F.R.Civ.P. 7.1, that it has no parent corporation, and that there are no publicly held corporations which own 10% or more of its membership interests.

                                MATALON & SHWEKY PLLC

                        By: __S/_____
                              Joseph Lee Matalon (JLM-6117)
                              Barbara R. Shweky (BRS-7200)
                              450 Seventh Avenue, Suite 1409
                              New York, New York 10123
                              (212) 244-9000
                              *Attorneys for Defendant*
                                  *Sutton Creations, Inc.*

Dated: March 17, 2008