AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

**APPEARANCE**

Case Number: 08 CV 580

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

SUTTON CREATIONS, INC.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/1/2008 | _(signature)_ |
| Date | Signature |
| | JOSEPH LEE MATALON     JM 6117 |
| | Print Name     Bar Number |
| | c/o Matalon & Shweky P.C., 450 Seventh Avenue, |
| | Address |
| | New York     NY     10123 |
| | City     State     Zip Code |
| | (212) 244-9000 |
| | Phone Number     Fax Number |