

RECEIVED
APR 0 9 2008
CHAMBERS OF
LEONARD B. SAND

# MATALON & SHWEKY P.C.

ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-9-08

JOSEPH LEE MATALON
BARBARA R. SHWEKY

**MEMO ENDORSED**

April 8, 2008

**VIA FIRST CLASS MAIL**

Hon. Leonard B. Sand, U.S.D.J.
Room 1650, Courtroom 15A
500 Pearl Street
New York, NY 10007

     Re:   <u>Granvia Trading Ltd. v. Sutton Creations, Inc. d/b/a Sutton Creations</u> – 08 Civ. 580

Dear Judge Sand:

     I represent the defendant-third party plaintiff Sutton Creations, Inc. in the referenced matter. I received a copy of this Court's order dated April 2, 2008 scheduling an initial pretrial conference for April 22, 2008. When the order was issued, this Court may have been unaware of the third-party complaint, filed on March 31, which brings an additional four parties into this case. I respectfully request an adjournment of the conference until such time as the third-party defendants either appear or default. (I expect to complete service on all defendants shortly.) That will enable the Court and the parties to schedule discovery and allocate resources more efficiently. Plaintiff does not oppose an adjournment.

     Respectfully

     Joseph Lee Matalon

*Endorsement*
*Initial pretrial conference is postponed as requested. Plaintiffs to advise court when all parties have been served. So ordered.* /s/ B Sand

cc: Jonathan Y. Sue, Esq.

**MEMO ENDORSED**

USDJ
5/7/08

450 Seventh Avenue • Suite 1409 • New York, New York 10123 • PH 212 244-9000 • FAX 212 244-4615