Sand/

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GRANVIA TRADING, LTD.

        Plaintiff,

-versus-

SUTTON CREATIONS, INC.,

        Defendant/Third-Party Plaintiff,

- versus-
GALIHAD ENTERPRISES LTD., BURLINGTON
COAT FACTORY WAREHOUSE CORPORATION,
SHERRY MILKEY AND DEVIN INDUSTRIES, LLC.,

        Third-Party Defendant.
---------------------------------------------------------------X

Case No.: 08 CV 00580 (LBS)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-1-08
```

## STIPULATION & ORDER EXTENDING THIRD-PARTY DEFENDANT, BURLINGTON COAT FACTORY WAREHOUSE CORPORATION ANSWER DUE DATE

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Plaintiff, Granvia Trading, Ltd., Defendant/ Third-Party Plaintiff, Sutton Creations, Inc., and Third-Party Defendant, Burlington Coat Factory Warehouse Corporation ("Third-Party Defendant") that Third Part Defendant hereby accepts service of Plaintiff's Summons and Complaint, filed March 31, 2008(the "Complaint");

IT IS FURTHER STIPULATED AND AGREED that Third-Party Defendant hereby waives any objection of or relating to the service of the Complaint on Third-Party Defendant and consents to the jurisdiction of this Court;

IT IS FURTHER STIPULATED AND AGREED that Third-Party Defendant's time to answer or move in response to the Complaint is extended twenty (20) days from the date herein to **Monday, May 19, 2008;**

IT IS FURTHER STIPULATED AND AGREED by and between counsel for the

stipulate by the parties herein that the facsimile signatures below are as binding as original signatures, and the Court may be provided with a photocopy of this Stipulation in lieu of the original with the same effect as if the original had been filed.

Dated: April 30, 2008
New York, New York

LAZARUS & LAZARUS, P.C.
Attorneys for Third Party Defendant
BURLINGTON COAT FACTORY CORP.

By: _____
    HARLAN M. LAZARUS, ESQ.
    (HL-2265)
    240 Madison Avenue, 8th Fl.
    New York, New York 10016
    (212) 889-7400

LAW OFFICES OF JONATHAN Y. SUE
Attorneys for Plaintiff
GRANWIA TRADING, LTD.

By: _____
    JONATHAN Y. SUE, ESQ.
    (JS-1738)
    1120 Broadway, Suite 602
    New York, New York 10001
    (212) 967-1001

MATALON & SHWEKY, P.C.
Attorneys for Defendant/Third Party Plaintiff
SUTTON CREATIONS, INC.

By: _____
    JOSEPH LEE MATALON, ESQ.
    (JM-6117)
    Seventh Avenue, Suite 1409
    New York, New York 10123
    (212) 244-9000

SO ORDERED ON THE ___ DAY OF _____, 2008.

_____
JUDGE LEONARD B. SAND, U.S.D.J.