UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GRANVIA TRADING, LTD., :
:
        Plaintiff, :
-*versus*- : Case No.: 08 CV 00580 (LBS)
:
SUTTON CREATIONS, INC., :
:
        Defendant/Third-Party Plaintiff, :
- *versus*- :
: **RULE 7.1 STATEMENT**
GALIHAD ENTERPRISES LTD., BURLINGTON :
COAT FACTORY WAREHOUSE CORPORATION, :
SHERRY MILKEY AND DEVIN INDUSTRIES, LLC., :
:
        Third-Party Defendant. :
-------------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Third-Party Defendant, Burlington Coat Factory Warehouse Corporation, certifies upon information and belief that the following are corporate parents, subsidiaries, or affiliates which are be publicly held:

      **None.**

Dated: May 19, 2008
      New York, New York

                                       LAZARUS & LAZARUS, P.C.
                                     *Attorneys for Third-Party Defendant*
                                     BURLINGTON COAT FACTORY
                                     WAREHOUSE CORPORATION

                                     _____
                                     HARLAN M. LAZARUS, ESQ. (HML-0268)
                                     240 Madison Avenue, 8th Floor
                                     New York, New York 10016
                                     (212) 889-7400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GRANVIA TRADING, LTD.                                          :
                                                               :
             Plaintiff,                                        :
   -versus-                                                    :
                                                               :
SUTTON CREATIONS, INC.,                                        :
                                                               :
             Defendant/Third-Party Plaintiff,                  :
   - versus-                                                   : Case No.: 08 CV 00580 (LBS)
GALIHAD ENTERPRISES LTD., BURLINGTON                           :
COAT FACTORY WAREHOUSE CORPORATION,                            :
SHERRY MILKEY AND DEVIN INDUSTRIES, LLC.,                      :
                                                               :
             Third-Party Defendant.                            :
------------------------------------------------------------------X

## BURLINGTON COAT FACTORY WAREHOUSE CORPORATION'S
## RULE 7.1 STATEMENT

LAZARUS & LAZARUS, P.C.
*Attorneys for Burlington Coat Factory Warehouse Corporation*
240 Madison Avenue, 8th Floor
New York, New York 10016
Tel. (212) 889-7400