UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GRANVIA TRADING, LTD.          :
        Plaintiff,          :
  -versus-          :
                  : Case No.: 08 CV 00580 (LBS)
SUTTON CREATIONS, INC.,          :
        Defendant/Third-Party Plaintiff,          : **AFFIDAVIT OF SERVICE**
  - versus-          :
                  :
GALIHAD ENTERPRISES LTD., BURLINGTON          :
COAT FACTORY WAREHOUSE CORPORATION,          :
SHERRY MILKEY AND DEVIN INDUSTRIES, LLC.,          :
        Third-Party Defendant.          :
------------------------------------------------------------------X

STATE OF NEW YORK   )
                           )SS.:
COUNTY OF NEW YORK )

    Carissa A. Schumacher, being duly sworn, deposes and says:

    I am not a party to this action, I am over the age of 18 years and I reside in Hudson County, New Jersey.

    On May 19, 2008, I mailed true copies of the following document: THIRD-PARTY DEFENDANT, BURLINGTON COAT FACTORY WAREHOUSE CORPORATION'S ANSWER TO THE THIRD-PARTY COMPLAINT & RULE 7.1 STATEMENT; enclosed in a sealed pre-paid wrapper for delivery, by depositing said true copies into an official depository under the exclusive care and custody of the United States Postal Service located within this City and State addressed to the following as indicated on the attached service list:

                                                             _/s/ Carissa A. Schumacher_
                                                             Carissa A. Schumacher

Sworn before me on the 19th day of May, 2008

_____
Notary Public

HARLAN M. LAZARUS
Notary Public, State of New York
No. 31-4723982
Qualified in New York County
Commission Expires February 28, 20_11_

## SERVICE LIST

**MATALON & SHWEKY, P.C.**
450 Seventh Avenue, Suite 1409
New York, New York 10123
**Att: JOSEPH LEE MATALON**

**LAW OFFICES OF JONATHAN Y. SUE**
1220 Broadway, Suite 502
New York, New York 10001
**Att: JONATHAN Y. SUE**

**GALIHAD ENTERPRISES LTD.**
266 West 37th Street, 9th Floor
New York, New York 10018

**DEVIN INDUSTRIES, LLC.**
252 West 38th Street
New York, New York 10018

**SHERRY MILKEY**
c/o Devin Industries, LLC.
252 West 38th Street
New York, New York 10018