United States District Court
Southern District of New York

---

Granvia Trading Ltd.,

                 Plaintiff(s)

-against-

Sutton Creations, Inc. d/b/a
Sutton Creations,

                 Defendant(s)

AFFIDAVIT OF SERVICE

Case No. 08 CV 00580 (LBS)

---

Sutton Creations, Inc.,

                 Third-Party Plaintiff(s)

-against-

Galihad Enterprises Ltd., et al.,

                 Third-Party Defendant(s)

---

State of New York )
                     ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on April 9, 2008 at approximately 3:45 PM deponent served the following specific papers pursuant to Section 306 of the Business Corporation Law, Third-Party Summons in a Civil Action and Third-Party Complaint with Exhibits, that the party served was Galihad Enterprises Ltd., a domestic business corporation, one of the third party defendants in this action, by personally serving two copies of the aforesaid papers at the office of the NYS Secretary of State located at 99 Washington Avenue, 6th Floor, in the City of Albany, New York by delivering to and leaving papers with Donna Christie, a white female with blonde hair, being approximately 36-45 years of age; height of 5'0" - 5'3", weight of 130-160 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

                                                      _Mary M. Bonville_
                                                             Mary M. Bonville

Sworn to before me this 9th day of April, 2008

_Ruth A. Dennehey_
Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2010