UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GRANVIA TRADING, LTD.,                          :

        Plaintiff,                              :

       -against-                               :

SUTTON CREATIONS, INC.,                         :
d/b/a SUTTON CREATIONS,

                              :

        Defendant,                              :

                              :
-----------------------------------------------------------------X

SUTTON CREATIONS, INC.,                         :

       Third Party Plaintiff,                   :

       -against-                               :

GALIHAD ENTERPRISES, LTD., ET AL.,              :

       Third Party Defendants.                  :

-----------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/26/08

ORDER
08 Civ. 580 (LBS)(KNF)

IT IS HEREBY ORDERED that a telephonic status conference will be held in the above-

captioned action on July 2, 2008, at 1:00 p.m. The telephonic conference shall be initiated by

counsel to the plaintiff to (212) 805-6705.

Dated: New York, New York                    SO ORDERED:
      June 25, 2008

                                    Kevin Nathaniel Fox
                                    KEVIN NATHANIEL FOX
                                    UNITED STATES MAGISTRATE JUDGE