UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRANVIA TRADING LTD.<br><br>      Plaintiff,<br><br>   -vs-<br><br>SUTTON CREATIONS, INC. d/b/a<br>SUTTON CREATIONS,<br><br>      Defendant. | 08 CIV. 580 (LBS) (KNF)<br><br>**PLAINTIFF'S RULE 26(a)(1) DISCLOSURES**<br><br>ECF CASE |

  Plaintiff GRANVIA TRADING LTD., hereby provides the following initial disclosures as required by the Federal Rules of Civil Procedure 26(a)(1):

    (A) the name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information;

    Ganvia Trading Ltd.
    Steve Suh, Vice-President
    #1412, Leaders Tower, 60-15, Gasan-Dong,
    Geumchun-Gu, Seoul, Korea
    Tel: 822.2026.6222
    Negotiated with and received orders from Sutton Creations, Inc.

    Galihad Enterprise Ltd. (Agent)
    Mark Weber - President
    Majid Dutt - Manager
    266 West 37th Street, 9th Floor
    New York, New York 10018
    Tel: 212.279.2200
    Introduced and helped Granvia Trading Ltd. negotiate with and receive orders from Sutton Creations, Inc.

    Sutton Creations, Inc.
    Abe Sutton - President
    Gary M. Silverstein - Senior Vice-President
    1407 Broadway, 30th Floor,
    New York, New York 10018
    Tel: 212.391.6900

LAW OFFICE OF
JONATHAN Y. SUE
1220 Broadway
Suite 502
New York, NY 10001
212.967.1001

   (B) a copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings;

See enclosed:

- Purchase Orders from Sutton Creations #915551; #915552; #915554; #915555.
- Letter of Credit issued by Israel Discount Bank of New York, on or about August 1, 2007, number L538796.

   (C) a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

| Purchase Order from Sutton Creations: | | |
|---|---|---|
| | #915551 | $52,710.00 |
| | #915552 | $105,840.00 |
| | #915554 | $34,920.00 |
| | #915555 | $123,360.00 |
| | Total: | $316,830.00 U.S. dollars |

   (D) for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgement.

  None

Dated: New York, New York
   July 1, 2008

                 LAW OFFICE OF JONATHAN Y. SUE

                  /S/ Jonathan Y. Sue
                By: Jonathan Y. Sue (JS / 0738)
                 *Attorney for Plaintiff*
                 *Granvia Trading Ltd.*
                1220 Broadway, Suite 502
                New York, New York 10001
                212.967.1001

**08 CIV. 580 (LBS) (KNF)**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRANVIA TRADING LTD.

        Plaintiff,

  -vs-

SUTTON CREATIONS, INC. d/b/a
SUTTON CREATIONS,

        Defendant.

# PLAINTIFF'S RULE 26(a)(1) DISCLOSURES

**LAW OFFICE OF JONATHAN Y. SUE**

By:  Jonathan Y. Sue (JS / 0738)
*Attorney for Plaintiff*
1220 Broadway, Suite 502
New York, New York 10001
212.967.1001

**SUTTON CREATIONS**

Showroom: 1407 Broadway 30th Floor  New York, NY 10018
TEL: 212-997-1234  FAX: 212-997-0606

| Season | Purchase Order | | DATE | REVISED |
|---|---|---|---|---|
| Fall 2007 | PO# : | 915551 | | PAGE #1 OF 1 |

| STYLE #: | DD596 | | |
|---|---|---|---|
| Description | JUNIOR OUTERWEAR—WOOL JACKET | | |
| Group | | | |
| Maker | Granvia Trading | | |
| Country | China | | |

| Fiber Content | 80% wool/20% Other Fibers//75D x 100D polyester satin lining | | | |
|---|---|---|---|---|
| Gauge | 330 gm2 | QUOTA CATEGORY | 434/435 | |
| Wt/dz (g/m²) | | WT/DZ (LBS.) | | |

| TERMS | FOB | | SHIP TO | New Jersey |
|---|---|---|---|---|
| QUANTITY | 175 | DOZEN | DELIVERY | October 8, 2007 |
| TOTAL QTY | 175 | DOZEN | ACTUAL DEL | |
| PRICE | 301.20 | / DOZEN | SHIP VIA | Vessel |
| TOTAL PRICE | $52,710.00 | | RN # | 76050 |

| Color (prints) | Styles | QTY pack | Doz en | Size range | Ratio | Label | |
|---|---|---|---|---|---|---|---|
| Espresso/Brown | 1 | 12 pc pack | | Small to XLarge | 1-2-2-1 | Devin | |
| | | | | | | Hangtag | None |
| | | | | | | PRICE TICKETS? | UPC STICKERS? |
| | | | | | | Yes | No |
| | | | | | | Lab dip Appr. by | Appr. sample by |
| | | | | | | Galihad | Galihad |

| Notes | |
|---|---|
| Packing Instructions | 12 piece carton |
| Special Instructions | Burlington to supply price tickets—there are to be no hangtag |

_____          _____          _____
The Apparel Zone Signature                Designer Signature                          Maker Signature

Showroom: 1407 Broadway 30th Floor New York, NY 10018
TEL: 212-997-1234 FAX: 212-997-0606

**SUTTON CREATIONS**

| Season | Purchase Order | | DATE | REVISED |
|---|---|---|---|---|
| Fall 2007 | PO#: | 915552 | | PAGE #1 OF 1 |

| STYLE #: | DD595 | |
|---|---|---|
| Description | JUNIOR OUTERWEAR—WOOL JACKET | |
| Group | | |
| Maker | Granvia Trading | |
| Country | China | |

| Fiber Content | 80% wool/20% Other Fibers//75D x 100D polyester satin lining | | | |
|---|---|---|---|---|
| Gauge | 330 gm2 | | QUOTA CATEGORY | 434/435 |
| Wt/dz (g/m²) | | | WT/DZ (LBS.) | |

| TERMS | FOB | | SHIP TO | New Jersey |
|---|---|---|---|---|
| QUANTITY | 350 | DOZEN | DELIVERY | October 8, 2007 |
| TOTAL QTY | 350 | DOZEN | ACTUAL DEL | |
| PRICE | $302.40 | / DOZEN | SHIP VIA | Vessel |
| TOTAL PRICE | $105,840.00 | | RN # | 76050 |

| Color (prints) | Styles | QTY pack | Dozen | Size range | Ratio | Label | |
|---|---|---|---|---|---|---|---|
| Black | 1 | 12 pc pack | | Small to XLarge | 1-2-2-1 | Devin | |
| | | | | | | Hangtag | None |
| | | | | | | PRICE TICKETS? | UPC STICKERS? |
| | | | | | | Yes | No |
| | | | | | | Lab dip Appr. by | Appr. sample by |
| | | | | | | Galihad | Galihad |

| Notes | |
|---|---|
| Packing Instructions | 12 piece carton |
| Special Instructions | Burlington to supply price tickets—there are to be no hangtag |

The Apparel Zone Signature          Designer Signature          Maker Signature

Showroom: 1407 Broadway 30th Floor New York, NY 10018
TEL: 212-997-1234 FAX: 212-997-0606

# SUTTON CREATIONS

| Season | Purchase Order | | DATE | REVISED |
|---|---|---|---|---|
| Fall 2007 | PO# : | 915554 | | PAGE #1 OF 1 |

| STYLE #: | DD458 | |
|---|---|---|
| Description | JUNIOR OUTERWEAR—WOOL JACKET | |
| Group | | |
| Maker | Granvia Trading | |
| Country | China | |

| Fiber Content | 80% wool/20% Other Fibers//75D x 100D polyester satin lining | | | |
|---|---|---|---|---|
| Gauge | 330 gm2 | | | |
| Wt/dz (g/m²) | | QUOTA CATEGORY | 434/435 | |
| | | WT/DZ (LBS.) | - | |

| TERMS | FOB | | | SHIP TO | New Jersey |
|---|---|---|---|---|---|
| QUANTITY | 100 | DOZEN | | DELIVERY | October 8, 2007 |
| TOTAL QTY | 100 | DOZEN | | ACTUAL DEL | |
| PRICE | $349.20 | / DOZEN | | SHIP VIA | Vessel |
| TOTAL PRICE | $34,920.00 | | | RN # | 76050 |

| Color (prints) | Styles | QTY pack | Dozen | Size range | Ratio |
|---|---|---|---|---|---|
| Black | 1 | 12 pc pack | | Small to XLarge | 1-2-2-1 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Label | |
|---|---|
| Devin | |
| Hangtag | None |
| PRICE TICKETS? | UPC STICKERS? |
| Yes | No |
| Lab dip Appr. by | Appr. sample by |
| Galihad | Galihad |

| Notes | |
|---|---|
| Packing Instructions | 12 piece carton |
| Special Instructions | Burlington to supply price tickets—there are to be no hangtag |

The Apparel Zone Signature          Designer Signature          Maker Signature

Showroom: 1407 Broadway 30th Floor New York, NY 10018
TEL: 212-997-1234 FAX: 212-997-0606

**SUTTON CREATIONS**

| Season | Purchase Order | | DATE | REVISED |
|---|---|---|---|---|
| Fall 2007 | PO#: | 915555 | | PAGE #1 OF 1 |

| STYLE #: | DD592 |
|---|---|

| Description | JUNIOR OUTERWEAR—WOOL JACKET |
|---|---|
| Group | |
| Maker | Granvia Trading |
| Country | China |

| Fiber Content | 80% wool/20% Other Fibers//75D x 100D polyester satin linin | | | |
|---|---|---|---|---|
| Gauge | 330 gm2 | | | |
| Wt/dz (g/m²) | | QUOTA CATEGORY | 434/435 |
| | | WT/DZ (LBS.) | |

| TERMS | FOB | | SHIP TO | New Jersey |
|---|---|---|---|---|
| QUANTITY | 400 | DOZEN | DELIVERY | October 20, 2007 |
| TOTAL QTY | 400 | DOZEN | ACTUAL DEL | |
| PRICE | $308.40 | / DOZEN | SHIP VIA | Vessel |
| TOTAL PRICE | $123,360.00 | | RN # | 76050 |

| Color (prints) | Styles | QTY pack | Dozen | Size range | Ratio |
|---|---|---|---|---|---|
| Espresso/Brown | 1 | 12 pc pack | | Small to XLarge | 1-2-2-1 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Label | |
|---|---|
| Devin | |
| Hangtag | None |
| PRICE TICKETS? | UPC STICKERS? |
| Yes | No |
| Lab dip Appr. by | Appr. sample by |
| Galihad | Galihad |

| Notes | |
|---|---|
| Packing Instructions | 12 piece carton |
| Special Instructions | Burlington to supply price tickets—there are to be no hanglag |

The Apparel Zone Signature     Designer Signature     Maker Signature

**KOREA EXCHANGE BANK**  **ORIGINAL**
Head Office : 181, 2-ka Ulchi-ro, Chung-ku, Seoul, 100-793, Korea   TEL : (02)729-8525
(CPO BOX 2924, CABLE : KOEXBANK, TLX NO : 23141-5)   SWIFT : KOEXKRSE

```
* Advice Br : 구로디지털단지지점      * Advice Date : 2007.08.02 (FAX/1072242)
===========================================================================
Advice Of                             * Advice No : A-0657-708-00160 (OP)
Issue of Documentary Credit           * Credit No : L538796
===========================================================================
* Beneficiary : TEL.  02-2026-6227    * Applicant :
  GRANVIA TRADING                       SUTTON CREATIONS, INC.,
  RM NO1412 LEADER'S TOWER 60-15 GASAN-D 1407 BROADWAY, 30 TH FL.,
  ONG GEUMCHEON-GU SEOUL                NEW YORK, N.Y. 10018

* Amount : USD         316,830.00     * Issuing Bank : IDBYUS33
                                        ISRAEL DISCOUNT BANK OF N.Y., NY
* Expire Date : 2007.11.04              511 5TH AVENUE
* Receipt No  : 20070802-7-0000876-00   NEW YORK, NY 10017
* Sender's Bank : IDBYUS33              U. S. A.
===========================================================================
Gentlemen :
At the request of the Issuing bank, and without any engagement or responsibility
on our part, we are pleased to inform you that we have received the following
AUTHENTICATED teletransmission dated 2007.08.01.

::700 ISSUE OF A DOCUMENTARY CREDIT

:27   Sequence of Total                :1/1
:40A  Form of Documentary Credit       :IRREVOCABLE TRANSFERABLE
:20   Documentary Credit Number        :L538796
:31C  Date of Issue                    :070801
:40E  Applicable Rules                 :UCP LATEST VERSION
:31D  Date and Place of Expiry         :071104COUNTRY OF BENEFICIARY
:50   Applicant                        :SUTTON CREATIONS, INC.,
                                        1407 BROADWAY, 30 TH FL.,
                                        NEW YORK, N.Y. 10018
:59   Beneficiary                      :GRANVIA TRADING
                                        ROOM NO. 1412, LEADERS TOWER
                                        60-15 GASAN-DONG, GUEMCHUN-GU
                                        SEOUL, KOREA
:32B  Currency Code, Amount            :USD316830,
:39B  Maximum Credit Amount            :NOT EXCEEDING
:41D  Available With ... By ...        :ANY BANK
                                        BY NEGOTIATION
:42C  Drafts At ...                    :SIGHT
:42D  Drawee                           :OURSELVES FOR 100 PERCENT OF
                                        INVOICE VALUE
:43P  Partial Shipment                 :ALLOWED
:43T  Transshipment                    :ALLOWED
:44E  Port of Loading/Airport of Departure  :CHINA
:44F  Port of Discharge/Airport of Destinati:NEW YORK
:45A  Description of Goods and/or Services  :
      LADIES' 75PCT WOOL 25PCT OTHERS OUTWEAR AND JACKETS. CAT. 435.
      STYLE NO.        QNTY/PC        USD/PC
===========================================================================
*** This advice to be continued next page
```

**KOREA EXCHANGE BANK**
Head Office : 181, 2-ka Uchi-ro, Chung-ku, Seoul, 100-793, Korea
(CPO BOX 2924, CABLE : KOEXBANK, TLX NO : 23141-5)

**ORIGINAL**
TEL : (02)729-8525
SWIFT : KOEXKRSE

```
**** This is a constituent and integral part of advice No : A065770800160(OP)
=================================================================================
        DD596              2100              25.10
        DD595              4200              25.20
        DD458              1200              29.10
        LATEST SHIP DATE: OCTOBER 13, 2007.
        DD592              4800              25.70
        LATEST SHIP DATE: OCTOBER 20, 2007.
        +SHIPPING TERMS FOB  CHINA
:46A   Documents Required                     :
       +SIGNED COMMERCIAL INVOICE IN ORIGINAL AND FOUR COPIES SHOWING
       CLEARLY THE FOLLOWING:
       A. FULL DESCRIPTION FOR EACH ITEM, KIND OF FIBER, KIND OF YARN.
       FOR KNIT GARMENT ONLY, THE STITCH COUNT PER ONE CENTIMETER
       IN BOTH HORIZONTAL AND VERTICAL DIRECTIONS.
       B. THE NET NET WEIGHT(GARMENT ONLY)PER DOZEN IN ASSORTED SIZES
       GRAND TOTAL NET NET WEIGHT OF SHIPMENT FOR EACH STYLE.
       C. THE NET WEIGHT PER DOZEN AND PER CARTON AND TOTAL NET
       WEIGHT OF SHIPMENT FOR EACH STYLE.
       D. THE GROSS WEIGHT OF EACH CARTON, GRAND TOTAL GROSS WEIGHT
       OF SHIPMENT FOR EACH STYLE.
       E. THE NAME AND ADDRESS OF THE MANUFACTURER.
       +PACKING LIST IN ORIGINAL AND THREE COPIES SHOWING CLEARLY:
       A. THE SIZE AND COLOR ASSORTMENT TO A POLYBAG ALSO TO EACH
       SHIPPING CARTON.
       B. EXACT CARTON DIMENSIONS FOR EACH STYLE.
       C. THE COMMERCIAL INVOICE NO. AND THE LETTER OF CREDIT NO.
       D. STATEMENT INDICATING THIS SHIPMENT CONTAINS NO SOLID WOOD
       PACKING MATERIAL.
       +BENEFICIARY'S STATEMENT CERTIFYING THAT ALL CARTONS ARE UNIFORM
       IN CONTENTS AND MATCH THE PACKING REQUIREMENTS INDICATED ON
       THE PURCHASE ORDER, AND THAT THERE ARE NO BROKEN SIZES OR
       COLORS.
       +BENEFICIARY'S SIGNED AND DATED STATEMENT CERTIFYING THAT ONE
       COMPLETE SET OF ALL ORIGINAL DOCUMENTS INCLUDING THE
       CERTIFICATE OF ORIGIN, COMMERCIAL INVOICE, PACKING LIST, 1/3
       ORIGINAL BILL OF LADING AND BENEFICIARY'S STATEMENT ON COMPANY
       LETTERHEAD HAVE BEEN SENT TO APPLICANT BY COURIER SERVICE. COPY
       OF COURIER SERVICE RECEIPT REQUIRED.
       +PHOTOCOPY OF CERTIFICATE OF ORIGIN.
       +BENEFICIARY'S STATEMENT ON COMPANY LETTERHEAD STATING THAT
       MERCHANDISE WAS NOT PRODUCED BY CHILD LABOR, FORCED LABOR,
       INDENTURED LABOR UNDER PENAL SANCTIONS, IN WHOLE OR IN PART, IN
       ANY STAGE OF THE PRODUCTION OR MANUFACTURE OF THE MERCHANDISE
       OR ANY MATERIAL OR COMPONENT THEREOF AND THAT SHIPMENT CONFORMS
       WITH ALL U.S. CUSTOMS SERVICE LAWS REGARDING COUNTRY OF ORIGIN.
       +INSPECTION CERTIFICATE PURPORTEDLY SIGNED BY ABRAHAM SUTTON OF
       SUTTON CREATIONS INC.
       +BALANCE 2/3 ORIGINAL CLEAN ON BOARD MARINE BILLS OF LADING
       TO THE ORDER OF SUTTON CREATIONS INC. MARKED NOTIFY
       SAME INDICATING FREIGHT COLLECT.
:47A   Additional Conditions                  :
=================================================================================
*** This advice to be continued next page
```

EP-E-FM-013  (1997년 9월 개정)
(210 x 279)

**KOREA EXCHANGE BANK**
Head Office : 181, 2-ka Ulchi-ro, Chung-ku, Seoul, 100-793, Korea
(CPO BOX 2924, CABLE : KOEXBANK, TLX NO : 23141-5)

**ORIGINAL**
TEL : (02)729-8525
SWIFT : KOEXKRSE

```
**** This is a constituent and integral part of advice No : A065770800160(OP)
===============================================================
    +SHIPMENT EFFECTED PRIOR TO ISSUANCE OF THIS L/C NOT ACCEPTABLE.
    +VARIOUS STYLES SHIPPED ON SAME VESSEL MUST BE COVERED BY ONE
    SINGLE BILL OF LADING AND ONE SINGLE INVOICE. IN THE EVENT THAT
    MORE THAN ONE INVOICE IS PRESENTED ON EACH SHIPMENT ONE OF THE
    RELATIVE INVOICES MUST SHOW A DEDUCTION OF USD50.00 FOR EACH
    ADDITIONAL INVOICE.
    +ALL INVOICES MUST BE IN NAME OF THE APPLICANT.
    +THIRD PARTY SHIPPER AND DOCUMENTS ARE ACCEPTABLE.
    +ALL BANKING CHARGES INSIDE AND OUTSIDE USA ARE FOR THE ACCOUNT
    OF THE BENEFICIARY. IN THIS CONNECTION THE FIRST INVOICE
    PRESENTED UNDER THIS CREDIT MUST SHOW A DEDUCTION OF USD626.04
    BEING OUR ISSUANCE FEE USD506.04 AND USD120.00 BEING OUR CABLE
    FEE. THERE WILL ALSO BE A DEDUCTION FROM THE PROCEEDS OF THE
    FIRST AND ANY SUBSEQUENT DRAFTS PRESENTED REPRESENTING OUR
    PAYMENT COMMISSION.
    +INSURANCE TO BE EFFECTED BY BUYER.
    +THIS CREDIT IS TRANSFERABLE EXCEPT TO ANY SPECIALLY DESIGNATED
    NATIONALS AS DEFINED IN SECTION 500.306 OF U.S. FOREIGN
    ASSETS CONTROL REGULATIONS. TRANSFERRING BANK MUST NOTIFY US
    OF ANY TRANSFERS MADE AT THE TIME OF THE TRANSFER, AND CONFIRM
    THAT THE TRANSFER HAS BEEN ENDORSED ON THE LETTER OF CREDIT.
    +ALL DRAFTS MUST BE MARKED DRAWN UNDER ISRAEL DISCOUNT BANK OF
    NEW YORK STATING THE DOCUMENTARY CREDIT NUMBER AND THE DATE OF
    THIS CREDIT.
    +EACH SET OF DISCREPANT DOCUMENTS WILL BE ASSESSED USD90.00
    REPRESENTING OUR FEES FOR HANDLING DISCREPANCIES. THESE FEES
    ARE FOR THE BENEFICIARYS ACCOUNT AND WILL BE AUTOMATICALLY
    DEDUCTED FROM THE PROCEEDS OF THE PAYMENT WHEN EFFECTED.
    +THIS DOCUMENTARY CREDIT IS SUBJECT TO THE CURRENT UCP ICC
    PUBLICATION NO. 600.
:48     Period for Presentation          :DOCUMENTS TO BE PRESENTED WITHIN
                                          15 DAYS OF ISSUANCE OF THE
                                          SHIPPING DOCUMENTS BUT WITHIN
                                          VALIDITY OF THE CREDIT.
:49     Confirmation Instructions        :WITHOUT
:78     Inst to the Pay/Accept/Negotiate Bank :
        ALL DOCUMENTS ARE TO BE DISPATCHED TO US AT ISRAEL DISCOUNT
        BANK OF NEW YORK 511 FIFTH AVE NEW YORK NY 10017 IN ONE LOT
:57D    "Advice Through" Bank            :ADVISE YOUR SEONG-SU STATION
                                          289-10, SEONGSU-DONG, 2-GA
                                          SEONG DONG-GU, SEOUL, KOREA

===============================================================
*** This advice to be continued next page
```

EP-E-FM-013(4) (1997년9월개정)
(210 x 297)

**KOREA EXCHANGE BANK**
Head Office : 181, 2-ka Ulchi-ro, Chung-ku, Seoul, 100-793, Korea
(CPO BOX 2924, CABLE : KOEXBANK, TLX NO : 23141-5)

**ORIGINAL**
TEL : (02)729-8525
SWIFT : KOEXKRSE

```
**** This is a constituent and integral part of advice NO : A055770800160(OP)
==================================================================
Please note that we reserve the right to make such corrections to this advice as
may be necessary upon receipt of the cable confirmation and assume no responsi-
-bility for any errors and/or omissions in the transmission and/or translation
of the teletransmission, and for any forgery and/or alteration on the credit.

If the credit is available by negotiation, each presentation must be noted on
the reverse of this advice by the bank where the credit is available.

THIS ADVICE IS SUBJECT TO THE UNIFORM CUSTOMS AND PRACTICE FOR DOCUMENTARY
CREDITS ( 2007 REVISION, ICC PUBLICATION NO.600 ).
```

Yours very truely,

Hong Myung Sil
Authorized Signature

EP-E-FM-013(⅟₂) (1997년 9월 개정)
(210 x 270)